IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Raymond Harris,<br><br>      Plaintiff,<br><br>vs.<br><br>Piedmont Community Action,<br><br>      Defendant. | )<br>)<br>)  CA No. 7:17-cv-02770-TMC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to a dismissal of this action with prejudice.

For Plaintiff:

STEPHENSON & MURPHY, LLC

By: s/ Brian P. Murphy
    Brian P. Murphy, Fed. Bar No.6405
    207 Whitsett Street
    Greenville, SC 29601
    (864)370-9400

For Defendant:

FORD & HARRISON LLP

By: s/ Kristin S. Gray
    Wade E. Ballard, Fed. Bar No. 1180
    Kristin S. Gray, Fed. Bar No. 10181
    100 Dunbar Street, Suite 300
    Spartanburg, SC 29306
    (864)699-1100